TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00030-CV

Douglas Bruce Cameron, Appellant

v.

Texas Department of Protective and Regulatory Services, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT

NO. 96-05821, HONORABLE F. SCOTT McCOWN, JUDGE PRESIDING

 The parties have filed a joint motion to dismiss this appeal. We grant the motion
and dismiss the appeal.

 

 Bea Ann Smith, Justice 

Before Justices Jones, B.A. Smith and Yeakel

Dismissed on Joint Motion

Filed: April 15, 1999

Do Not Publish